NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MELANIE BISCARDI, )
)
      Appellant, )
)
v. )    Case No. 2D17-2190
)
CHRISTOPHER J. PEPIO, )
)
      Appellee. )
_____)

Opinion filed June 6, 2018.

Appeal from the Circuit Court for Pasco
County; Lynn Tepper, Judge.

Melanie Biscardi, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      Affirmed.

SILBERMAN, KELLY, and BADALAMENTI, JJ., Concur.